UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| **LAKEISHA HOLMES,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **SOUTHWEST HUMAN RESOURCE AGENCY,** | CASE NO: 17-2266-STA-egb |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing All Claims Against Defendant entered on November 20, 2017, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 11/20/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk